Timothy M. Bechtold
ROSSBACH HART BECHTOLD, P.C.
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988
(406) 543-5156
(406) 728-8878 fax
tim@rossbachlaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| MAVIS HERNANDEZ, | ) CV 07-124-BLG-RFC |
| Plaintiff, | ) |
| vs. | ) |
| | ) **COMPLAINT** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Plaintiff Mavis Hernandez alleges as follows:

1. Plaintiff Mavis Hernandez is a citizen of the State of Montana and a resident of Billings, Yellowstone County, Montana.

2. Mavis Hernandez is an enrolled member of the Assiniboine/Sioux tribes.

3. This court has jurisdiction over this cause of action pursuant to the Federal Tort Claims Act, 28 U.S.C. 2671, *et seq.*, because the claim arises from conduct of federal

government agents and Plaintiff has exhausted administrative remedies.

4. This Court has exclusive jurisdiction over tort claims brought against the United States pursuant to 28 U.S.C. § 1346(b).

5. Mavis a Federal Tort Claim Act claim on January 17, 2007. The government has not acted on the claim, therefore Mavis' claim is now ripe for adjudication.

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(e) and 1402(b). Venue also is proper in this division under L.R. 1.11, referencing MCA § 25-2-122, because Mavis is a resident of Yellowstone County.

7. In the mid-1980s, Mavis, who is diabetic, had an operation on her right ankle with an open reduction and internal fixation with plates and screws. She retained the internal fixation without complication for almost the next twenty years.

8. In January of 2005, Mavis began to experience some unusual swelling and discomfort in the ankle, and went to the Indian Health Service (IHS) clinic in Poplar.

9. Health care providers at the IHS were unable to ascertain the cause of the swelling and discomfort in her ankle during that visit. Despite repeated visits by Mavis to the IHS in Poplar throughout the months of January, February, March, April, and May of 2005, IHS health care providers were unable to discern the cause of her ankle problems.

10. Finally, in mid-May of 2005, Mavis reported to the IHS clinic with failing kidneys, and she was life-flighted to Billings, where health care providers soon ascertained that Mavis had osteomyelitis and septic arthritis in her right ankle. Health care providers quickly amputated Mavis' right leg below the knee in an attempt to save her life. However, this amputation was not sufficient, and health care providers in Billings amputated Mavis'

right leg above the knee in order to save her life. Health care providers in Billings were then able to stabilize Mavis' condition.

11. IHS health care providers were negligent and violated the standard of care in failing to properly diagnose and properly treat Mavis' ankle condition, and their negligence caused Mavis months of delay in having her condition treated. This delay caused Mavis' condition to worsen considerably, and required a radically more intensive course of treatment than if Mavis' condition had been properly diagnosed and treated in a timely manner.

12. As a result of the negligence of IHS health care providers, Mavis has undergone extensive surgeries and treatments to repair and mitigate the harm caused by the IHS health care providers. Mavis has also suffered from other complications including without exclusion continuing pain, suffering, loss of use of her leg, loss of course of life, and loss of employment.

13. Mavis is now wheelchair-bound and needs constant assistance to carry out the ordinary tasks of living.

**WHEREFORE**, Plaintiff Mavis Hernandez demands judgment against the Defendant as follows:

1. For judgment in such amounts as shall be proven at the time of trial.
2. For an award of attorney's fees and costs as provided by any applicable provision of law.
3. For such other and further relief as the Court deems just and equitable.

DATED this 12th day of September, 2007.

By: ___/s/ Timothy M. Bechtold___
    Timothy M. Bechtold
    ROSSBACH HART BECHTOLD, P.C.
    401 North Washington Street
    P.O. Box 8988
    Missoula, MT 59807-8988
    (406) 543-5156
    (406) 728-8878 fax
    tim@rossbachlaw.com